# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KHALED ASI,

    Plaintiff,

v.

JEFFERSON B. SESSIONS, III, KIRSTJEN NIELSEN, L. FRANCIS CISSNA, THOMAS CIOPPA, and KAY LEOPOLD,

    Defendants.

Case No. 18-CV-449-JPS

**ORDER**

On March 21, 2018, Plaintiff filed this action. (Docket #1). Defendants have been served and have appeared through counsel, but they have not filed an answer or any other response to the complaint. (Docket #6, #7). On July 19, 2018, Plaintiff filed a notice of voluntary dismissal of this action without prejudice. (Docket #9). Because Defendants have not yet served either an answer to the complaint or a motion for summary judgment, the Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge